## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**THE TRUSTEES OF THE SHEET
METAL LOCAL # 10 CONTROL
BOARD TRUST FUND,**

                    **Plaintiff,**

**v.**
                                    **ORDER**
                                    **Civil File No. 05-2072 (MJD/AJB)**

**DUGGER HEATING AND AIR
CONDITIONING, INC.,**

                    **Defendant.**

---

### IT IS HEREBY ORDERED:

Justin Dugger, President of Defendant Dugger Heating and Air Conditioning, Inc., has failed to appear in Court on May 25, 2006 as instructed by an Order to Show Cause, signed May 15, 2006 ,and personally served upon Dugger.  The United States Marshals are hereby required and commanded to arrest Justin Dugger, whose last known address is 25309 167th St., Big Lake, Minnesota, 55309, and bring him promptly before the undersigned Judge to be dealt with according to law.

Dated: May 30, 2006
                                    s / Michael J. Davis
                                    Judge Michael J. Davis
                                    United States District Court