# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Trustees of the Sheet Metal Local # 10 | Court File No.: 05-2072 |
| Control Board Trust Fund, | MJD/AJB |
| Plaintiffs, | |
| vs. | **ORDER** |
| Dugger Heating and Air Conditioning, Inc. | |
| Defendant. | |

_____

Based upon Plaintiffs' Motion, the Affidavit of Mitchell W. Converse and all of the files, records and proceedings herein, the Clerk of Court is hereby directed to enter a judgment of money damages in favor of Plaintiffs and against Defendant, Dugger Heating and Air Conditioning, Inc. in the amount of $52,403.90.

Dated: October 26, 2006         s / Michael J. Davis
                                Honorable Michael J. Davis
                                United States District Court Judge